**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.:  0:20-cv-61228-RS

FRANCIA TOUSSAINT,

    Plaintiff,

v.

THERAPIES 4 KIDS, INC., a Florida
Corporation, and EILEEN DE OLIVIERA,
an individual,

    Defendant.
_____/

**JOINT MOTION FOR APPROVAL OF**
**CONFIDENTIAL SETTLEMENT AGREEMENT AND**
**DISMISSAL WITH PREJUDICE BASED ON *IN CAMERA* INSPECTION**

    Plaintiff, FRANCIA TOUSSAINT ("Plaintiff"), and Defendants, THERAPIES 4 KIDS, INC. and EILEEN DE OLIVIERA ("Defendants"), hereby file this Joint Motion for Approval of Parties' Confidential Settlement Agreement and Dismissal with Prejudice based on *in camera* review and respectfully state as follows:

    1.    This is an action that was filed in June 2020 after the parties attended a mediation in an effort to resolve the parties' disputes.  More specifically, Plaintiff raised claims pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §207, and Florida law premised upon the allegation that Plaintiff was owed unpaid minimum and overtime wages in connection with Plaintiff's employment with Defendants between approximately January 2018 and March 2020.

    2.    Despite the parties' differences throughout this litigation, after conducting discovery and participating in both a Settlement Conference before the Court on November 30, 2020 and mediation before Marlene Quintana, Esq. on March 15, 2021, the parties reached a compromise resolution of all claims during mediation.  The parties have entered into a Confidential

Settlement Agreement and because of the nature of Plaintiff's alleged overtime and minimum claims arising under the Fair Labor Standards Act, the parties' Confidential Settlement Agreement requires Court approval in order to become effective under the FLSA. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982).

3. To avoid the uncertainties of further litigation up through the filing of cross motions for summary judgment and a potential trial and appeals, as well as continued attorneys' fees and costs, the parties negotiated a compromise resolution as memorialized in the parties' Confidential Settlement Agreement. .

4. The parties respectfully submit that the Confidential Settlement Agreement in this case represents a fair and reasonable compromise of disputed claims with respect to liability and any potential damages Plaintiff could have recovered had the litigation in this case continued. Throughout the entirety of this case between June 2020 and March 2021, Plaintiff was represented by competent counsel with significant experience in FLSA claims and Defendants were also represented by experienced counsel throughout this process.

5. Finally, the parties are, simultaneous with the filing of the instant Motion, submitting their Confidential Settlement Agreement via e-mail to the chambers of the Honorable United States Magistrate Judge Alicia O. Valle for *in camera* review, such that upon approval of the settlement, the parties respectfully request the Court dismiss this action with prejudice while retaining jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, Plaintiff, FRANCIA TOUSSAINT ("Plaintiff"), and Defendants, THERAPIES 4 KIDS, INC. and EILEEN DE OLIVIERA, respectfully request that the Court enter an Order: (1) approving the terms of the parties' Confidential Settlement Agreement, (2) dismissing this action with prejudice, and (3) retaining jurisdiction to enforce the terms of the Settlement Agreement.

Respectfully submitted this 30th day of March 2021.

| | |
|---|---|
| **s/ *Alejandro Brito*** | **s/ *Michelle Cohen Levy*** |
| Alejandro Brito, Esquire | Michelle Cohen Levy, Esquire |
| Florida Bar No. 098442 | Florida Bar No. 0068514 |
| E-mail: ABrito@zarcolaw.com | E-mail: Michelle@CohenLevyLegal.com |
| ZARCO EINHORN SALKOWSKI & BRITO, P.A. | The Law Office of Michelle Cohen Levy, PA |
| One Biscayne Tower | 4400 N. Federal Highway |
| 2 South Biscayne Blvd. | Lighthouse Point, Florida 33064 |
| 34th floor | Telephone: (954) 651-9196 |
| Miami, Florida 33131 | Attorneys for Plaintiffs |
| Telephone: (305) 374-5418 | |
| Facsimile: (305) 374-5428 | |
| Attorneys for Defendant | |